IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RAY MASON, )<br>)<br>Defendant. ) | Case No. 4:07CR3013<br><br>**MEMORANDUM**<br>**AND ORDER** |

On the oral motion of the defendant, and with the agreement of the government,

IT IS ORDERED that:

1. The hearing on the defendant's anticipated plea of guilty is rescheduled before the undersigned United States district judge to the 15th day of June, 2007, at the hour of 12:00 noon, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska. The defendant shall be present for the hearing.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. sec. 3161(h)(1)(I)&(h)(8)(A)(B).

May 1, 2007.                                      BY THE COURT:

                                                             s/ *Richard G. Kopf*
                                                             United States District Judge