IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:07CR3013 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| RAY MASON, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and with the agreement of the government,

IT IS ORDERED that:

1. A hearing on the defendant's anticipated plea of guilty is rescheduled before the undersigned United States district judge to the 23rd day of July, 2007, at the hour of 1:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. sec. 3161(h)(1)(I)&(h)(8)(A)(B).

June 28, 2007.                            BY THE COURT:

                                                                            s/ *Richard G. Kopf*
                                                                            United States District Judge