IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3013 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RAY MASON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the government's motion for return of property (filing 25) is granted.

August 23, 2007.                BY THE COURT:

                                s/ *Richard G. Kopf*
                                United States District Judge